# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-25777

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-28015-RTBP |
| Larry D. Phillips and Barbara G. Phillips<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>vs. | ORDER<br><br>(Related to Docket #12) |
| Larry D. Phillips and Barbara G. Phillips, Debtors,<br>Lawrence J. Warfield, Trustee.<br><br>    Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 10, 2003 and recorded in the office of the Coconino County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Larry D. Phillips and Barbara G. Phillips have an interest in, further described as:

> Parcel No.1:
> The East half of the East half of the South half of the Northwest quarter of the Southwest quarter of Section 13, Township 22 North, Range 8 East, of the Gila and Salt River Base and Meridian, Coconino County, Arizona.
> EXCEPT the Northerly 165 feet and Except the Southerly 165 feet.
>
> Parcel No.2:
> An Easement for ingress, egress and public utilities over the Southerly 20 feet of the West half of the East half of the South half of the Northwest quarter of the Southwest quarter of Section 13, Township 22 North, Range 8 East of the Gila and Salt River Base and Meridian, Coconino County, Arizona.
> EXCEPT the Northerly 165 feet and EXCEPT the Southerly 165 feet.
> Page

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.